1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4

5  Attorney for Defendant
   **GABRIEL GONZALEZ**
6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN  DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA      )    CASE NO. 1:11-CR-00136-OWW
11                               )
                                 )    **STIPULATION TO CONTINUE**
12            Plaintiff,          )    **STATUS CONFERENCE**
                                 )
13       v.                       )
                                 )
14  GABRIEL GONZALEZ              )
                                 )
15            Defendant.          )
   _____)
16

17       Defendant, GABRIEL GONZALEZ, by and through his counsel of record,

18  NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19  through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney

20  for the Eastern District of California, hereby stipulate that the Status Conference in the

21  above-referenced case currently scheduled for Monday August 29, 2011, at 9:00 a.m. be

22  continued to Monday, September 26, 2011 at 9:00 a.m. in the courtroom for the Honorable

23  Oliver W. Wanger, District Judge.

24       This stipulation is based on good cause and in the interest of justice as counsel for

25  defendant will be engaged in trial starting August 29, 2011 for approximately 3 weeks.

26       It is further stipulated that the time between August 29, 2011 and September 26, 2011

27  shall be excluded under the Speedy Trial Act, Title 18, United States Code, Section

28  3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion and

the defendant's and the public's interest in a speedy trial are outweighed by the interests of justice in allowing for time for counsel to review discovery and for continuity of counsel.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 08-25-11  /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
**GABRIEL GONZALEZ**

**IT IS SO STIPULATED**

Dated: 08-25-11  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

**IT IS SO ORDERED**

IT IS SO ORDERED.

**Dated:   August 26, 2011**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE