UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:11-CR-00136-LJO** |
| | ) | |
| Plaintiff, | ) | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| GABRIEL GONZALEZ | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the status conference in this case currently scheduled for December 5, 2011 at 9:00a.m. be continued to January 9, 2012 at 1:00p.m. before the Honorable Judge Lawrence J. O'Neill.

While GOOD CAUSE is stated, Defense Counsel is obligated to call the Courtroom Deputy of the undersigned to advise of any day that he is not going to be in trial during the next three weeks, giving said notice the day he learns of it. Status Conference will be reset if this availability occurs.

IT IS SO ORDERED.


Dated: December 1, 2011        /s/ Lawrence J. O'Neill _____
                               HONORABLE LAWRENCE J. O'NEILL