UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:11-CR-00136-LJO** |
| | ) | |
| | ) | **ORDER ON STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| GABRIEL GONZALEZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for Monday, May 7, 2012 at 8:30am. be continued to July 23, 2012 at 8:30am before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:    April 30, 2012**           /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE